Michael A. DesJardins (SBN 145970)
Eric A. Panitz (SBN 243877)
**DESJARDINS & PANITZ LLP**
3838 Orange Street
Riverside, California 92501
T: (951) 779-1501
F: (951) 779-8379

Attorneys for Plaintiff
PATRICIA FERRELL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| PATRICIA FERRELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO.  07-00551 SGL (OPx)<br>[complaint filed: 5/9/07]<br><br>[Assigned to the Honorable Stephen G. Larson]<br><br>**PLAINTIFF PATRICIA FERRELL'S STATEMENT OF COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Plaintiff, PATRICIA FERRELL, hereby complies with the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

## I. WITNESSES (Rule 26(a)(1)(A))

The following are the names of all individuals Plaintiff currently believes are likely to have discoverable information that she may use to support her claims:

1    1.    Patricia Ferrell

2          16460 Joy St. Apt K-2

3          Lake Elsinore, CA

4

5    2.    Dixie McCormick

6          831 Majela Lane

7          Hemet, CA 92543

8

9    3.    Sheri Everette

10         182 N. Ralph Rd

11         Lake Elsinore, CA 92530

12

13   4.    Erica Askins

14         3620 Syran Circle

15         Hemet, CA 92543

16

17   5.    Tranise Tyler

18         144 Storm Ranch

19         Lake Elsinore, CA 92530

20

21   6.    Eddie Alvarran

22         San Diego Post Office

23

24   7.    Able Buendia

25         Lake Elsinore Post Office

26         Lake Elsinore, CA 92531

27

28

PLAINTIFF PATRICIA FERRELL'S STATEMENT OF COMPLIANCE WITH FRCP 26(a)(1)

| | |
|---|---|
| 1 | 8.     Rosa Grimes |
| 2 | Lake Elsinore Post Office |
| 3 | Lake Elsinore, CA 92531 |
| 4 | |
| 5 | 9.     Herb Raliff |
| 6 | Lake Elsinore Post Office |
| 7 | Lake Elsinore, CA 92531 |
| 8 | |
| 9 | 10.    Paul (last name unknown) |
| 10 | Lake Elsinore Post Office |
| 11 | Lake Elsinore, CA 92531 |
| 12 | |
| 13 | 11.    Wayne Ross |
| 14 | Lake Elsinore Post Office |
| 15 | Lake Elsinore, CA 92531 |
| 16 | |
| 17 | 12.    Bob Chea |
| 18 | Lake Elsinore Post Office |
| 19 | Lake Elsinore, CA 92531 |
| 20 | |
| 21 | 13.    Jessie Johnson |
| 22 | Lake Elsinore Post Office |
| 23 | Lake Elsinore, CA 92531 |
| 24 | |
| 25 | 14.    Dave Carmicel |
| 26 | Lake Elsinore Post Office |
| 27 | Lake Elsinore, CA 92531 |
| 28 | |

PLAINTIFF PATRICIA FERRELL'S STATEMENT OF COMPLIANCE WITH FRCP 26(a)(1)

15. Mario (last name unknown)
    Lake Elsinore Post Office
    Lake Elsinore, CA 92531

16. Mike Bresnier
    Lake Elsinore Post Office
    Lake Elsinore, CA 92531

17. Mena Gomez
    Lake Elsinore Post Office
    Lake Elsinore, CA 92531

18. Russ Larson
    Lake Elsinore Post Office
    Lake Elsinore, CA 92531

19. Donna Sandgen
    Lake Elsinore Post Office
    Lake Elsinore, CA 92531

20. Lou Bonilla
    Lake Elsinore Post Office
    Lake Elsinore, CA 92531

21. Roger Lester
    Lake Elsinore Post Office
    Lake Elsinore, CA 92531

PLAINTIFF PATRICIA FERRELL'S STATEMENT OF COMPLIANCE WITH FRCP 26(a)(1)

4

22.   Wally Schuh
      Lake Elsinore Post Office
      Lake Elsinore, CA 92531

23.   John Christian
      Lake Elsinore Post Office
      Lake Elsinore, CA 92531

24.   Sue (last name unknown)
      Lake Elsinore Post Office
      Lake Elsinore, CA 92531

25.   Greg Lewis
      Lake Elsinore Post Office
      Lake Elsinore, CA 92531

26.   Carmen Davis
      Lake Elsinore Post Office
      Lake Elsinore, CA 92531

27.   Don (last name unknown)
      Lake Elsinore Post Office
      Lake Elsinore, CA 92531

28.   Manny Pedue
      Lake Elsinore Post Office
      Lake Elsinore, CA 92531

PLAINTIFF PATRICIA FERRELL'S STATEMENT OF COMPLIANCE WITH FRCP 26(a)(1)

5

1  29.   Mark Levesque
2        Lake Elsinore Post Office
3        Lake Elsinore, CA 92531

4

5  30.   John Ferrell
6        16460 Joy St. Apt K-2
7        Lake Elsinore, CA

8

9  31.   Dr. Yee, M.D.
10       27062 South La Paz Road
11       Aliso Viejo, Ca 92656

12

13  32.  Dr. Victor Nguygen, M.D.
14       Tri Valley Internal Medicine Group
15       39765 Date Street, Suite 102
16       Murrieta, CA 92563

17

18  33.  Dr. Henderson, M.D. Orthopaedic Surgeon
19       25285 Madison Ave # 101
20       Murrieta, CA  92562

21

22  34.  Dr. Dunlap, M.D. Orthopaedic Surgeon
23       25285 Madison Ave # 101
24       Murrieta, CA  92562

25

26

27

28

35.   Dr. Dang, M.D.
      25405 Hancock Ave Stuite 216
      Murrieta, CA 92562

36.   Dr. Rish, M.D. Orthopaedic Surgeon
      VA Hospital
      11201 Benton Street
      Loma Linda, CA  92357

37.   Dr.Shook, M.D. Orthopaedic Surgeon
      VA Hospital
      11201 Benton Street
      Loma Linda, CA  92357

38.   Dr. Lokesh S. Tantuways, M.D.
      120 Craven Road, Suite 105
      San Marcos, CA 92078

39.   Dr.Gregorius, M.D. Orthopaedic Surgeon
      VA Hospital
      11201 Benton Street
      Loma Linda, CA  92357

40.   Dr. Drew M.D.
      VA Hospital
      11201 Benton Street
      Loma Linda, CA  92357

PLAINTIFF PATRICIA FERRELL'S STATEMENT OF COMPLIANCE WITH FRCP 26(a)(1)

41.   Dr. Woo, M.D.

      VA Hospital

      11201 Benton Street

      Loma Linda, CA  92357


42.   Dr. Magalong, M.D.

      VA Hospital

      11201 Benton Street

      Loma Linda, CA  92357


43.   Dr. Ghassan S. Tooma, M.D. Orthopaedic Surgeon

      Corona - Temecula Orthopaedic Associates Medical Group, Inc.

      341 Magnolia Ave. Suite 101

      Corona, CA 92595


44.   Dr. Thio, M.D.

      The Oaks Surgery Center

      40740 Califorina Oaks Rd.

      Murrieta, CA  92562


45.   Dr. Bulter, M.D. Orthopaedic Surgeon

      25285 Madison Ave # 101

      Murrieta, CA  92562


46.   Dr. Joseph Pierce Conaty, M.D. Orthopedic Surgeon

      4990 Arlington Ave., Suite G

      Riverside, CA 92504

47.  Dr. Theron C. Wells, M.D.
     31900 Mission Trail Ste. 250
     Lake Elsinore, CA  92530

48.  Dr. Kim, M.D., VA Hospital
     11201 Benton Street
     Loma Linda, CA  92357

49.  Pauline Betts, MA, MFT
     Alpha Omega Counseling Center
     28364 Vincent Moraga Dr # A
     Temecula, CA  92590

50.  Ron Welsh, MBA
     Ergo Dynamics Company
     820 W. G street Suite # 109
     San Diego, Ca 92101

51.  Marty Needleman, M.F.T.
     Kaiser Permanente ID#0009442668
     10800 Magnolia Ave
     Riverside,CA 92505

52.  Dr. Stanley, OBGYN
     Kaiser Permanente ID#0009442668
     10800 Magnolia Ave
     Riverside,CA 92505

1  53.   Dr. Monty Peterson, M.D.

2         Kaiser Permanente ID#0009442668

3         10800 Magnolia Ave

4         Riverside,CA 92505

5

6  54.   Dr. Chitra M. Sumanth, M.D.

7         Kaiser Permanente ID#0009442668

8         10800 Magnolia Ave

9         Riverside,CA 92505

10

11  **II. DOCUMENTS (Rule 26(a)(1)(B))**

12        Pursuant to F.R.C.P. Rule 26(a)(1)(B), Plaintiff has provided Federal Defendant

13  with documents totaling 1459 pages.  In producing these documents, Plaintiff does not

14  waive the attorney-client privilege or the doctrine of attorney work product.

15        Plaintiff's investigation is ongoing and, as such, she will supplement the initial

16  disclosures as it becomes necessary.

17

18  DATED: July 19, 2008                    DESJARDINS & PANITZ LLP

19

20                            By:_____

21                                Eric A. Panitz
                                  Attorneys for Plaintiff
22                                PATRICIA FERRELL

23

24

25

26

27

28
_____
        PLAINTIFF PATRICIA FERRELL'S STATEMENT OF COMPLIANCE WITH FRCP 26(a)(1)

                                    10

**STATE OF CALIFORNIA**     )                          **PROOF OF SERVICE**
**COUNTY OF RIVERSIDE**    )   ss.               **C.C.P. 1013 and 2015.5**

        I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 3838 Orange Street, Riverside, California 92501. On July 19, 2008 I served the foregoing documents described as:

**PLAINTIFF PATRICIA FERRELL'S STATEMENT OF**
**COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list.)

\_\_\_   **BY PERSONAL SERVICE.** I placed \_\_\_ the original or \_\_\_\_ a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

\_\_\_\_   **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

\_X\_   **BY MAIL.** I placed \_\_\_ the original or \_x\_ a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at Long Beach, California. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

\_\_\_   **BY EXPRESS MAIL.** I placed \_\_\_ the original or \_\_\_\_ a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and caused such envelope or package to be deposited in the mail at Long Beach, California. Each envelope was mailed with Express Mail postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

\_X\_   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Executed on July 19, 2008 at Riverside, California.**

_____
              Eric Panitz

1

SERVICE LIST

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Carol A. Chen<br>Assistant United States Attorney<br>Room 7516 Federal Building<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Fax: (213) 894-7819 | Counsel for Defendant<br>John E. Potter, Postmaster General of the<br>United States Postal Service |
| --- | --- |