| | |
|---|---|
| 1 | Michael A. Desjardins (SBN 145970) |
| | md@djplawyers.com |
| 2 | Eric A. Panitz (SBN 243877) |
| | DESJARDINS & PANITZ |
| 3 | 3838 Orange Street, |
| | Riverside, CA 92501 |
| 4 | T:(951) 779-1501 |
| | F: (951) 779-8379 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | PATRICIA FERRELL |
| 7 | |
| | ANDRÉ BIROTTE JR. |
| 8 | United States Attorney |
| | LEON W. WEIDMAN |
| 9 | Assistant United States Attorney |
| | Chief, Civil Division |
| 10 | INDIRA J. CAMERON-BANKS |
| | Assistant United States Attorney |
| 11 | California Bar Number 248634 |
| | DAVID PINCHAS |
| 12 | Assistant United States Attorney |
| | California Bar Number 130751 |
| 13 |     Federal Building, Suite 7516 |
| |     300 North Los Angeles Street |
| 14 |     Los Angeles, California 90012 |
| |     Telephone: (213) 894-2920/2442 |
| 15 |       Facsimile: (213) 894-7819 |
| |     E-mail address: david.pinchas@usdoj.gov |
| 16 |     E-mail address: Indira.Cameron-Banks@usdoj.gov |
| 17 | |
| | Attorneys for Defendant JOHN E. POTTER, |
| 18 | POSTMASTER GENERAL OF THE UNITED STATES |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA FERRELL, | ) | ED CV 07-551 LLP (OPx) |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties having filed a Stipulation for Compromise Settlement,

IT IS HEREBY ORDERED:

1. Plaintiff's Second Amended Complaint and action are dismissed with prejudice in their entirety;

2. Each party shall bear their own costs of suit and fees;

3. The Court retains jurisdiction pending payment of the settlement.

Dated this 15 day of November, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge